IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR48 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERTO CAMACHO-GUTIERREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on two filings of defendant (Filing Nos. 163 and 164), seeking appointment of a public defender but raising in his motion complaints with respect to his legal representation.  The Court will treat Filing No. 163 as a motion filed pursuant to 28 U.S.C. § 2255 and Filing No. 164 as a proposed amendment to that "motion."  Neither adequately sets forth a basis for relief.  Accordingly,

IT IS ORDERED that defendant shall have until October 29, 2010, in which to file an amended motion pursuant to 28 U.S.C. § 2255 setting forth his claims of ineffective assistance of counsel.  Failure to comply with this order will constitute grounds for denial of defendant's motions.  The Court reserves ruling on defendant's application for appointment of counsel.

DATED this 14th day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court