IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR48 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERTO CAMACHO-GUTIERREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's amended motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody (Filing No. 166). After review of the motion, the Court will direct the United States to file a response, primarily for the purpose of obtaining an affidavit from defense counsel in response to allegations of the defendant. Accordingly,

IT IS ORDERED that the response shall be filed on or before December 10, 2010.

DATED this 1st day of December, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court