IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR48 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERTO CAMACHO-GUTIERREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motions to appoint counsel (Filing Nos. 181 and 185). There are no matters pending, and there are no provisions to appoint counsel in a closed criminal matter. The Court finds the motions should be denied. Accordingly,

IT IS ORDERED that defendant's motions for appointment of counsel are denied.

DATED this 31st day of August, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court